No. 03–9612. MANGAN v. DAVIS ET AL. C. A. 1st Cir. Certiorari denied.

No. 03–9613. ALEXANDER v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–9616. MILES v. MICHIGAN. Cir. Ct. Wayne County, Mich. Certiorari denied.

No. 03–9620. MITCHELL ET AL. v. CONNOR, TEXAS SECRETARY OF STATE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–9621. ANDERSON v. TEXAS. Ct. App. Tex., 10th Dist. Certiorari denied.

No. 03–9622. BURGESS v. OREGON. Ct. App. Ore. Certiorari denied.

No. 03–9624. BURNETTE v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 03–9625. BENSON v. YARBOROUGH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–9668. STEWART v. ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–9671. RISDAL v. HALFORD ET AL. C. A. 8th Cir. Certiorari denied.

No. 03–9690. BURNES v. BUSH, PRESIDENT OF THE UNITED STATES; BURNES v. AMERICAN ELECTRIC POWER ET AL.; BURNES v. AMERICAN BAR ASSN. ET AL.; BURNES v. AMERICAN BROADCASTING CO. ET AL.; BURNES v. NATIONAL BROADCASTING CO. ET AL.; and BURNES v. COLUMBIA BROADCAST ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–9695. NOWIK v. NORTH DAKOTA. C. A. 8th Cir. Certiorari denied.

No. 03–9707. IBANEZ v. VERIZON VIRGINIA INC. C. A. 4th Cir. Certiorari denied.

No. 03–9712. BRANHAM v. BUDGE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.